Willie P. CAMPBELL, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3049.

United States Court of Appeals, Federal Circuit.

March 4, 2004.

ON MOTION

*ORDER*

The petitioner having failed to pay the filing fee,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) The United States Postal Service's motion to defer time to file its brief is moot.

(3) Each side shall bear its own costs.